UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
)
Vs. ) Case No. 09-00176-01-CR-W-SOW
)
Jason D. Gericke, )
)
    Defendant. )

## ORDER MODIFYING CONDITIONS OF supervised release

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of June 4, 2009, and a hearing having been waived by defendant, it is hereby

**ORDERED** that the following be added to the conditions of supervised release for Jason D. Gericke:

> **The defendant shall participate in a breath-alcohol ignition interlock device program for 4 months, with the costs paid by the defendant.**
>
> **The defendant shall not drive any vehicle in which the alcohol-ignition interlock device has not been installed, unless approved by the Probation Officer.**

_/s/ Scott O. Wright_
SCOTT O. WRIGHT
SENIOR UNITED STATES DISTRICT JUDGE

Dated at Kansas City, Missouri, this 5th Day of June, 2009.